**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
JOSE CHUQUI,

                  Plaintiff,

      - against -

JARRITOS, INC., d/b/a TRES AMIGOS
MEXICAN GRILL, CHALUPA MEXICAN
GRILL, INC., d/b/a CHALUPA MEXICAN
GRILL, SEGUNDO G. CARCHI, MANUEL
AGUAIZA, and JOSE CARCHI-GOMEZ,

                Defendants.
--------------------------------------------------------X

**DEFAULT JUDGMENT**
CV 21-234 (GRB) (SIL)

An electronic Order of the Honorable Gary R. Brown, United States District Judge, having been filed on January 26, 2022; granting plaintiff's motion for default judgment; awarding plaintiff $1247,545.52 in damages, $8,290.00 in attorney's fees, and $780.00 in costs, for a total award of $256,615.52 ; and respectfully directing the Clerk of the Court to enter default judgment and close this case, it is

**ORDERED AND ADJUDGED** that plaintiff's motion for default judgment against defendants is granted; that plaintiff Jose Chuqui is awarded a default judgment in the amount of $256,615.52 against defendants Jarritos, Inc., Chalupa Mexican Grill, Inc., Segundo G. Carchi, Manuel Aguaiza, and Jose Carchi-Gomez; and that this case is closed.


Dated: January 28, 2022
      Central Islip, New York

                              DOUGLAS C. PALMER
                              CLERK OF THE COURT
               BY:   /S/ JAMES J. TORITTO
                              DEPUTY CLERK